W 4872-C-7          WR 52,971-08
Court of Criminal Appeal
PO Box 12308 Captal Station
Austin Texas 78711

EX parte

Charles Westerby

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 0 2015

Abel Acosta, Clerk

Ajection Ajection
To The Court (yep I wach TV Too)
The Tex. Gov't Code Section 501.0081
(b)-(c) is Not in my Legiclation I'm in
65th Legiclation I did my crime
Nov 28 1984 Why Trying do Law
in 71st Legiclation Art. 1 Sec 10
Texas Constitution make Agist Law
make Law efection 65th For 71st
or 71st make Law hurt 65th
This Gov'tCode hurt me
it Say do Say Nothing 180 After
good Take Then lose All good Time
But Can't Act That New Law on old
Law

This Law or Rules ~~unfair~~ unfair
And this court is Not hear last
From me

Again I did my crime Nov 28 1989
Not 1990 when Rule ~~took~~ up
and if court Fight ~~I set~~ Lawyer
Fight Next Time

I Now exhust State Remine
Now on to Federal court

Sign

Court Of Criminal Appeal
PO Box 12308 Captal Station
Austin Texas 78711

EX parte

Charles Westerby

Ajection          Ajection
To The Court (yep I wach TV Too)
The Tex. Gov't Code Section 501.0081
(b)-(c) is Not in my Legiclation I'm in
65th Legiclation I did my Crime
Nov 28 1984 Why Trying do Law
in 71st Legiclation Art. 1 Sec 10
Texas Constitution make Agist Law
make Law efection 65th For 71st
or 71st make Law hurt 65th
This Gov'tCode hurt Me
it Say do Say Nothing 180 After
good Take Then lose All good Time
But Can't Act That New Law on old
Law

This Law or Rules ~~unfairorfair~~ more
And this court is Not hear last ~~taken~~
From me

Again I did my crime Nov 28 1989
Not 1990 when Rule tolk up
and if court Fight I set Lawyer
Fight Next Time

I Now exhust State Remine
Now on to Federal court

Sign